# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2017

*The Court of Appeals hereby passes the following order:*

**A18I0051.  SAVANNAH STATE UNIVERSITY FOUNDATION, INC., et al. v. JANE DOE #1.**

Because the trial of this case has been completed, this application is DENIED AS MOOT.  The appellee's Motion For Permission To File A Supplemental Brief is also DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  11/13/2017*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*